# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**PS PRODUCTS, INC.,** *et al.*                                                                                        **PLAINTIFFS**

**v.**                                         **Case No. 4:22-cv-00032-KGB**

**FOCUS TECHNOLOGY CO. LTD.,**
**doing business as www.madeinchina.com**                                 **DEFENDANT**

## ORDER

Before the Court is the motion to dismiss with prejudice of plaintiffs PS Products, Inc. ("PS Products") and Billy Pennington (Dkt. No. 14). PS Products and Mr. Pennington state that the parties have resolved the matter, and defendant Focus Technology Co., Ltd. ("Focus") does not oppose this motion (*Id*.). For good cause shown, the Court grants PS Products and Mr. Pennington's motion to dismiss with prejudice (Dkt. No. 14). PS Products and Mr. Pennington's complaint is dismissed with prejudice (Dkt. No. 1). The Court denies as moot Focus's motion to dismiss and unopposed motion to stay (Dkt. Nos. 5, 7).

So ordered this the 18th day of January, 2023.

                                                        Kristine G. Baker
                                                        United States District Judge